United States District Court
Southern District of Texas
**ENTERED**
August 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTINA BINGHAM, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-2377 |
| § | |
| CORNERSTONE HOME LENDING, INC., § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on July 29, 2016, it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 08/22/2016.

_____
The Honorable Alfred H. Bennett
United States District Judge